No. 445. HOWE SCALE COMPANY OF 1886 ET AL., PETITIONERS, *v.* WYCKOFF, SEAMANS & BENEDICT. November 30, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Austen G. Fox, Mr. James H. Peirce, Mr. George P. Fisher, Jr.,*

and *Mr. William Henry Dennis* for petitioners. *Mr. Edmund Wetmore* and *Mr. Henry D. Donnelly* for respondent.

